FILED
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SANTIAGO VANEGA

        Plaintiff,

vs.

D.K. SISTO, WARDEN

        Defendant.

CASE NO. CV 08 3776 JSW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

E-filing

I, Santiago Vanega, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No **X**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____None_____
5  _____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                Yes ___  No _X_
10          self employment
11     b.   Income from stocks, bonds,             Yes ___  No _X_
12          or royalties?
13     c.   Rent payments?                         Yes ___  No _X_
14     d.   Pensions, annuities, or                Yes ___  No _X_
15          life insurance payments?
16     e.   Federal or State welfare payments,     Yes ___  No _X_
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.  Are you married?                           Yes _X_  No ___
24  Spouse's Full Name: **Married in name only, no contact**
25  Spouse's Place of Employment: _____N-A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ __N-A_____   Net $ __N-A_____
28  4.  a.   List amount you contribute to your spouse's support:$ __None__

1  b.  List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _None_____
6  _____
7  5.  Do you own or are you buying a home?    Yes ___  No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    Yes ___  No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.  Do you have a bank account?  Yes _____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No ___ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No ___
20 _____
21 8.  What are your monthly expenses?
22 Rent: $_____ Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment         Total Owed on This Acct.
26 _____ $_____ $_____
27 _____ $_____ $_____
28 _____ $_____ $_____ 9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____  - 3 -

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)

3 | _____ none _____

4 | _____

5 | 10.  Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___  No  X
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.

9 | _____

10 | _____

11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

15 | 
16 | 7-21-08                    [signature]
17 | DATE                       SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

[prisoner name]

_Solano State Priso_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____

[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030 .701                                              REPORT DATE: 07/09/08
                                                                    PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIFORNIA STATE PRISON SOLANO
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: APR. 01, 2008 THRU JUL. 09, 2008

ACCOUNT NUMBER : C45939                        BED/CELL NUMBER: SFTC000000132B
ACCOUNT NAME   : VANEGA, SANTIAGO                   ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL       TOTAL       CURRENT     HOLDS      TRANSACTIONS
BALANCE        DEPOSITS    WITHDRAWALS BALANCE     BALANCE    TO BE POSTED
----------     --------    ----------- --------    -------    ------------
    0.00         0.00         0.00       0.00       0.00          0.00

                                                    CURRENT
                                                    AVAILABLE
                                                    BALANCE
                                                    ---------
                                                       0.00
```