FILED
08 AUG 14 PM 2:56

[CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SANTIAGO VANEGA

        Plaintiff,

vs.

D.K. SISTO, WARDEN

        Defendant.

CASE NO. C08-3776 JSW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, _Santiago Vanega_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____None_____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or                    Yes ___ No _X_
10           self employment
11     b.    Income from stocks, bonds,                 Yes ___ No _X_
12           or royalties?
13     c.    Rent payments?                             Yes ___ No _X_
14     d.    Pensions, annuities, or                    Yes ___ No _X_
15           life insurance payments?
16     e.    Federal or State welfare payments,         Yes ___ No _X_
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.    Are you married?                              Yes _X_ No ___
24  Spouse's Full Name: **Married in name only, no contact**
25  Spouse's Place of Employment: _____N-A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ __N-A__          Net $ __N-A__
28  4.    a.   List amount you contribute to your spouse's support:$ __None__

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _None_____
6  _____
7  5. Do you own or are you buying a home?    Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?    Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $_____
12 Monthly Payment: $_____
13 7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No ___ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ___ No ___
20 _____
21 8. What are your monthly expenses?
22 Rent: $_____ Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts:
25 Name of Account         Monthly Payment          Total Owed on This Acct.
26 _____ $_____ $_____
27 _____ $_____ $_____
28 _____ $_____ 9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____ none _____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___ No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  7-21-08                              [signature]
17     DATE                              SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 4 -

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Vanega, Santiago_ for the last six months at

_CSP-Solano_ where (s)he is confined.

[prisoner name]

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0.00_ .

Dated: _8/6/08_

_Teresa Ayers, Acct. Tech._

[Authorized officer of the institution]

```
REPORT ID: TS3030   .701                                                         REPORT DATE: 08/06/08
                                                                                 PAGE NO:      1
                           CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIFORNIA STATE PRISON SOLANO
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 06, 2008 THRU AUG. 06, 2008

ACCOUNT NUMBER : C45939                      BED/CELL NUMBER: S41900000000238L
ACCOUNT NAME   : VANEGA, SANTIAGO            ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

              << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              CURRENT HOLDS IN EFFECT

DATE
PLACED     HOLD CODE    DESCRIPTION          COMMENT       HOLD AMOUNT
--------   ---------    -----------          -------       -----------
08/01/2008    H118      LEGAL COPIES HOLD    0465-L/CPY        7.00

                              TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL        TOTAL          CURRENT      HOLDS       TRANSACTIONS
BALANCE         DEPOSITS     WITHDRAWALS    BALANCE      BALANCE     TO BE POSTED
---------       --------     -----------    -------      -------     ------------
  0.00            0.00         0.00           0.00         7.00          0.00

                                                         CURRENT
                                                         AVAILABLE
                                                         BALANCE
                                                         ---------
                                                           7.00-
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS

8/6/08

**ORIGINAL FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number CV 08 3776

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

**JSW**

**(PR)**

1. _____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

_____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

_____ Your In Forma Pauperis Application was not completed in its entirety.

_____ You did not sign your In Forma Pauperis Application.

✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

_____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

VANEGA

Santiago Vanega C-45939
C.S.P Solano
P.O. Box 4000 19-2-39
Vacaville, CA
95696

California State Prison - Solano

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES